FORM van−odc
REVISED 08/01/2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 2:26−bk−03498−DPC

FAYETTE ONEAL
10610 W RUTH AVE
PEORIA, AZ 85345
SSAN: xxx−xx−9570
EIN:

Chapter: 13

Debtor(s)

### ORDER DISMISSING CASE

☐ The debtor(s) having failed to file a list of creditors in the proper format as required by Local Bankruptcy Rule 1007−1.

☐ The individual debtor(s) having failed to file a Credit Counseling Certificate as required by Fed. R. Bankr. P. 1007(b)(3).

☐ The debtor(s) having failed to pay the filing fee as ordered by the court.

☑ The debtor(s) having failed to timely file the schedules and statements required by Fed. R. Bankr. P. 1007.

☑ The debtor(s) having failed to timely file a Chapter 13 plan as required by Fed. R. Bankr. P. 3015.

☐ The debtor(s) having failed to timely submit the Statement of Social Security Number as required by Fed. R. Bankr. P. 1007(f).

☑ The individual debtors having failed to file a Statement of Your Current Monthly Income and any additional forms as required by Fed. R. Bankr. P. 1007.

☑ The debtor(s) having failed to file a Declaration of Evidence of Employer's Payments as required by Local Bankruptcy Rule 1007−1.

☑ The debtor(s) having failed to file a Declaration Under Penalty of Perjury for Debtors Without an Attorney as required by Local Bankruptcy Rule 1007−1.

☐ The debtor(s) having failed to appear and be examined at the meeting of creditors as required by 11 U.S.C. § 341.

☐ After an Order to Show Cause why this case should not be dismissed was issued.

☐ The trustee having moved to dismiss this case.

☐ The debtor(s) having moved to dismiss this case.

☐ The debtor(s) having failed to timely file all required Official Forms as indicated by the court.

−− Order continued on 2nd page −−

IT IS ORDERED that the above−captioned case be dismissed. Jurisdiction is retained over any matters arising under 11 U.S.C. § 110.

IT IS FURTHER ORDERED that any pending hearings, including any final hearing set on a motion for relief from the automatic stay are vacated.

IT IS FURTHER ORDERED that if the debtor wishes to reinstate this case, a motion for reinstatement must be filed setting forth the reasons for the request.

IT IS FURTHER ORDERED that even though this case has been dismissed, debtor(s) is/are required to pay all outstanding fees due and owing to the court.

IT IS FURTHER ORDERED that the Court shall not consider a motion for reinstatement of the case unless all fees are paid in full or all required documents are filed. To have the case reinstated in an individual debtor chapter 7 or 13 case, all documents required by 11 U.S.C. § 521(a)(1) must be filed no later than 45 days from the date the bankruptcy was filed.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: April 30, 2026                                        BY THE COURT

Address of the Bankruptcy Clerk's Office:          **Honorable Daniel P. Collins**
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov